DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LOLITA BARTHEL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2803

_____

July 26, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Lolita Barthel, pro se.

PER CURIAM.

Affirmed.

VILLANTI, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.